Jonathan D. Baker (State Bar No. 196062)
jdbaker@dickinsonwright.com
Dino Hadzibegovic (State Bar No. 267489)
dhadzibegovic@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

Donald R. McPhail (*pro hac vice*)
dmcphail@dickinsonwright.com
Stanislav Torgovitsky (*pro hac vice* pending)
storgovitsky@dickinson-wright.com
Shih-Ching (Evi) Li (*pro hac vice* pending)
eli@dickingson-wright.com
DICKINSON WRIGHT PLLC
1825 Eye Street, N.W., Suite 900
Washington, DC 20006
Telephone: (202) 457-0160
Facsimile: (844) 670-6009

*Attorneys for Plaintiffs*,
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA and TIMEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and TiMEMS, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> LTI FLEXIBLE PRODUCTS, INC. d/b/a BOYD CORPORATION, a Minnesota Corporation, <br><br> Defendant. | Case No. 3:20-cv-08686-WHO <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS THE THIRD AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs The Regents of The University of California and TiMEMS, Inc. ("collectively, Plaintiffs") and Defendant LTI Flexible Products, Inc. d/b/a Boyd Corporation ("Boyd") hereby stipulate as follows:

WHEREAS, Defendants filed their Motion and Partial Motion to Dismiss the Third Amended Complaint on October 15, 2021;

WHEREAS, Plaintiffs currently have until October 29, 2021 to respond to the Motion;

WHEREAS, Plaintiffs have requested and Boyd has consented to an additional 1 day for Plaintiffs' response to the Motion and an additional 1 day for Boyd's reply;

WHEREAS, an additional 1 day for Plaintiffs' response to the Motion and an additional 1 day for Boyd's reply will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Plaintiffs shall respond to the Motion by November 1, 2021 and Boyd shall reply by November 9, 2021.

| | |
|---|---|
| Dated: October 29, 2021 | DICKINSON WRIGHT PLLC<br>*/s/ Donald R. McPhail*<br>Donald R. McPhail<br><br>*Attorneys for Plaintiffs*<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and TIMEMS, INC. |
| Dated:  October 29, 2021 | DAVIS POLK & WARDWELL LLP<br><br>*/s/ Ashok Ramani*<br>Ashok Ramini<br><br>*Attorneys for Defendant*<br>LTI FLEXIBLE PRODUCTS, INC.<br>d/b/a BOYD CORPORATION |

| | |
|---|---|
| 1 | **ATTESTATION OF SIGNATURES** |
| 2 | I, Donald McPhail, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of United States |
| 3 | District Court for the Northern District of California, that concurrence in the filing of this |
| 4 | document has been obtained from each signatory hereto. |

Dated: October 29, 2021      */s/ Donald R. McPhail*
            Donald R. McPhail

            *Attorneys for Plaintiffs*
            THE REGENTS OF THE UNIVERSITY OF
            CALIFORNIA and TIMEMS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

**The parties are reminded to submit all proposed orders via email in Microsoft Word, as required by the Local Rules.**

Dated: November 1, 2021      THE HONORABLE WILLIAM H. ORRICK
            UNITED STATES DISTRICT JUDGE