Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:   (650) 752-2000
Facsimile:    (650) 752-2111

Kathryn Bi (SBN 308652)
kathryn.bi@davispolk.com
Allegra Bianchini (*pro hac vice*)
allegra.bianchini@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:    (212) 701-5800

*Counsel for Defendant
LTI Flexible Products, Inc.
d/b/a Boyd Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and TiMEMS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LTI FLEXIBLE PRODUCTS, INC. d/b/a BOYD CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. 3:20-cv-08686-WHO<br><br>**STIPULATION REGARDING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND ORDER** |

Defendant LTI Flexible Products, Inc. d/b/a Boyd Corporation ("Boyd" or "Defendant") and Plaintiffs The Regents of the University of California and TiMEMS, Inc. ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Third Amended Complaint ("TAC") on October 1, 2021; and

WHEREAS, Boyd timely answered the TAC on January 11, 2022; and

WHEREAS, Boyd filed a motion for partial summary judgment on March 23, 2022 requesting a hearing on May 4, 2022; and

WHEREAS, Boyd wishes to withdraw its currently pending motion for partial summary judgment and re-file the motion for partial summary judgment attaching an additional declaration in support;

WHEREFORE it is hereby stipulated and agreed as follows:

1. Boyd's March 23, 2022 motion for partial summary judgment is hereby withdrawn;

2. Boyd, concurrently with this Stipulation, re-files its motion for partial summary judgment;

3. Any opposition to Boyd's March 30, 2022 motion for partial summary judgment shall be filed no later than April 13, 2022;

4. Any reply memorandum shall be filed no later than April 20, 2022.

5. The parties respectfully request hearing on May 4, 2022.

IT IS SO STIPULATED.

Dated: March 30, 2022

| | |
|---|---|
| DICKINSON WRIGHT RLLP | DAVIS POLK & WARDWELL LLP |
| */s/ Donald R. McPhail* | */s/ Kathryn B. Bi* |
| Jonathan D. Baker (SBN 196062) | Ashok Ramani (SBN 200020) |
| jdbaker@dicksonwright.com | ashok.ramani@davispolk.com |
| Dino Hadzibegovic (SBN 267489) | DAVIS POLK & WARDWELL LLP |
| dhadzibegovic@dicksonwright.com | 1600 El Camino Real |
| DICKINSON WRIGHT RLLP | Menlo Park, California 94025 |
| 800 W. California Avenue, Suite 110 | Telephone:   (650) 752-2000 |
| Sunnyvale, California 94086 | Facsimile:   (650) 752-2111 |
| Telephone:   (408) 701-6100 | |
| Facsimile:   (844) 670-6009 | |
| | |
| Donald R. McPhail (*pro hac vice*) | Kathryn B. Bi (SBN 308652) |
| dmcphail@dickinsonwright.com | kathryn.bi@davispolk.com |
| Stanislav Torgovitsky (*pro hac vice*) | Allegra M. Bianchini (*pro hac vice*) |
| storgovitsky@dickinson-wright.com | allegra.bianchini@davispolk.com |
| Shih-Chung (Evi) Li (*pro hac vice*) | DAVIS POLK & WARDWELL LLP |
| eli@dickinson-wright.com | 450 Lexington Avenue |
| DICKINSON WRIGHT PLLC | New York, New York 10017 |
| 1825 Eye Street, N.W., Suite 900 | Telephone:   (212) 450-4000 |
| Washington, DC 20006 | Facsimile:   (212) 701-5800 |
| Telephone:   (202) 457-0160 | |
| Facsimile:   (844) 670-6009 | |
| | |
| *Counsel for Plaintiffs and Counterclaim Defendants The Regents of the University of California and TiMEMS, Inc.* | *Counsel for Defendant and Counterclaim Plaintiff LTI Flexible Products, Inc. d/b/a Boyd Corporation* |

## ATTESTATION OF SIGNATURES

I, Kathryn B, Bi, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the United States District Court for the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated: March 30, 2022          */s/ Kathryn B. Bi*
                                                    Kathryn B. Bi

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 31, 2022

Honorable William H. Orrick
United States District Judge