# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and TiMEMS, INC., a California corporation,<br><br>   Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>LTI FLEXIBLE PRODUCTS, INC. d/b/a BOYD CORPORATION, a Minnesota corporation,<br><br>   Defendant and Counterclaim Plaintiff,<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>   Third-Party Plaintiff,<br><br>v.<br><br>PAYAM BOZORGI, an individual,<br><br>   Third-Party Defendant. | CASE NO. 3:20-cv-08686-WHO<br><br>**[PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND EXTEND OPPOSITION AND REPLY DEADLINES**<br><br>Judge:   Hon. William H. Orrick<br>Courtroom:  2<br><br>Hearing Date:   September 21, 2022<br>Hearing Time:   2:00 p.m.<br><br>Third Party Complaint Filed: 3/31/22 |

   Having reviewed the foregoing Stipulation, and finding good cause therefore, this Court hereby orders:

   1. The hearing on Third Party Defendant Payam Bozorgi's motion to dismiss the Third Party Complaint filed by The Regents of the University of

1. California be continued from September 21, 2022, to October 5, 2022, at 2:00 p.m.;
2. The Regents' Opposition is now due September 16, 2022;
3. Bozorgi's Reply to the Opposition is now due September 23, 2022.

SO ORDERED.



DATED: August 31, 2022

HON. WILLIAM H. ORRICK
UNTED STATES DISTRICT JUDGE