Michael P. McCloskey, Esq. (SBN 106051)
Sarena Kustic, Esq. (SBN 292715)
WILSON, ESLER, MOSKOWITZ,
EDELMAN & DICKER LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
email: michael.mccloskey@wilsonelser.com
       sarena.kustic@wilsonelser.com
*Attorneys for* PAYAM BOZORGI

CAROLYN CHANG (217933)
carolyn@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511
*Attorneys for The Regents of the University of California.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and TiMEMS, INC., a California corporation,<br><br>　　　　　　Plaintiffs and<br>　　　　　　Counterclaim Defendant,<br><br>v.<br><br>LTI FLEXIBLE PRODUCTS, INC. d/b/a BOYD CORPORATION, a Minnesota corporation<br><br>　　　　　　Defendant and<br>　　　　　　Counterclaim Plaintiff | Case No: 3:20-cv-08686-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR ATTORNEYS' FEES AND TO EXTEND OPPOSITION AND REPLY DEADLINES**<br><br>Judge: Hon. William Orrick<br>Courtroom: 2<br><br>Hearing Date: November 30, 2022<br>Time:　　　　2:00 p.m. |

Pursuant to Local Rules 6-1 and 6-2, Third-Party Defendant Payam Bozorgi ("Bozorgi") and Third-Party Plaintiff The Regents of the University of California ("The Regents"), by and through their respective counsel of record (collectively, the Parties") hereby stipulate and agree, subject to the Court's approval as follows:

WHEREAS, on October 25, 2022, Bozorgi filed a motion for attorneys' fees (Dkt#159);

WHEREAS, The Regents' Opposition is due November 8, 2022;

WHEREAS, Bozorgi's Reply is due November 15, 2022;

WHEREAS, the hearing on Bozorgi's motion for attorneys' fees is set for November 30, 2022 at 2:00 p.m.;

WHEREAS, the Parties are continuing to confer regarding whether and to what extent The Regents may oppose Bozorgi's motion for attorneys' fees;

WHEREAS, The Regents requested a two-week extension on the deadlines for the Parties' respective Opposition and accordingly a continuance of the November 30, 2022 hearing date;

WHEREAS, The Parties have met and conferred (*see* Chang Decl.) and good cause exists to continue the hearing date and extend the Parties' Opposition and Reply deadlines;

NOW THEREFORE, the Parties stipulate as follows:

1. All dates not modified by this Stipulation and Order remain as previously set by the Court.

2. The hearing on the Motion for Attorneys' Fees (Dkt#159) shall be continued from November 30, 2022 to December 14, 2022, at 2:00 p.m.;

3. The Regents' Opposition to the Motion shall be due November 22, 2022;

4. Borzorgi's Reply to the Motion shall be due November 29, 2022.

SO STIPULATED.

Dated: November 7, 2022                    Respectfully submitted,


                                           MARTON RIBERA SCHUMANN & CHANG LLP

                                           By:     /s/ *Carolyn Chang*
                                                  Carolyn Chang

CAROLYN CHANG (SBN 217933)
carolyn@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:  (415) 360-2514
*Attorneys for* THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /s/ *Michael P. McCloskey*
      Michael P. McCloskey, Esq.

401 West A Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 321-6200
Facsimile:  (619) 321-6201
email:  michael.mccloskey@wilsonelser.com
        sarena.kustic@wilsonelser.com
*Attorneys for* PAYAM BOZORGI

## ECF ATTESTATION

Pursuant to Local Rule 5-1(h)(3), on November 7, 2022, counsel for Payam Bozorgi authorized my office to affix the above electronic signature on his behalf, and concurred in the filing of this Stipulation and Proposed Order.

By:   /s/ *Carolyn Chang*
      Carolyn Chang

# **ORDER**

Having reviewed the foregoing Stipulation, and finding good cause therefore, this Court hereby orders:

1. The hearing on the Motion for Attorneys' Fees (Dkt#159) shall be continued from November 30, 2022 to December 14, 2022, at 2:00 p.m.;
2. The Regents' Opposition to the Motion shall be due November 22, 2022;
3. Borzorgi's Reply to the Motion shall be due November 29, 2022.

SO ORDERED.

Dated: November  8 , 2022

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE