Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
Andrei Gribakov Jaffe (SBN 331921)
andrei.jaffe@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:     (650) 752-2000
Facsimile:      (650) 752-2111

Kathryn Bi (SBN 308652)
kathryn.bi@davispolk.com
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
*Attorneys for LTI Flexible Products, Inc. d/b/a Boyd Corporation*

CAROLYN CHANG (217933)
carolyn@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511
*Attorneys for The Regents of the University of California*

Michael P. McCloskey, Esq. (SBN 106051)
Sarena Kustic, Esq. (SBN 292715)
Drew Bruff, Esq. (SBN 330330)
WILSON, ESLER, MOSKOWITZ, EDELMAN & DICKER LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
email: michael.mccloskey@wilsonelser.com
        sarena.kustic@wilsonelser.com
        drew.bruff@wilsonelser.com
*Attorneys for PAYAM BOZORGI*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and TiMEMS, INC., a California corporation,<br><br>Plaintiffs and Counterclaim Defendant,<br><br>v.<br><br>LTI FLEXIBLE PRODUCTS, INC. d/b/a BOYD CORPORATION, a Minnesota corporation,<br><br>Defendant and Counterclaim Plaintiff. | Case No. 3:20-cv-08686-WHO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

1    Plaintiff and Counterclaim defendant The Regents of the University of California ("The

2  Regents"), Defendant and Counterclaim and Third-Party Plaintiff LTI Flexible Products, Inc.

3  d/b/a Boyd Corporation ("Boyd"), and Third-Party Defendant Payam Bozorgi ("Bozorgi"), by

4  and through their respective counsel of record (collectively "the parties"), hereby stipulate and

5  agree, subject to the Court's approval, as follows:

6    WHEREAS, Boyd and Bozorgi entered into a Settlement Agreement resolving all claims

7  and counterclaims against each other in the above-captioned action;

8    WHEREAS, Boyd and The Regents entered into a separate Settlement Agreement

9  resolving all claims and counterclaims against each other in the above-captioned action;

10    NOW THEREFORE, the parties stipulate that:

11    1.   The claims and counterclaims asserted by the parties are dismissed with prejudice

12        pursuant to Federal Rule of Civil Procedure 41(a);

13    2.   Each party will bear its own costs and attorneys' fees; and

14    3.   This Court retains jurisdiction with respect to the enforcement of the terms of the

15        parties' settlement agreements and all orders and judgments in connection with them.

16  Dated: July 25, 2023
    Respectfully submitted,

17
    MARTON RIBERA SCHUMANN &              DAVIS POLK & WARDWELL LLP
18  CHANG LLP

19  */s/Carolyn Chang*                     */s/ Andrei Gribakov Jaffe*
20  CAROLYN CHANG (217933)                 Ashok Ramani (SBN 200020)
    carolyn@martonribera.com               ashok.ramani@davispolk.com
21  RYAN J. MARTON (223979)                Andrei Gribakov Jaffe (SBN 331921)
    ryan@martonribera.com                  andrei.jaffe@davispolk.com
22  MARTON RIBERA SCHUMANN &               1600 El Camino Real
    CHANG LLP                              Menlo Park, California 94025
23  548 Market Street, Suite 36117         Telephone: (650) 752-2000
    San Francisco, CA 94104
24  Tel.: (415) 360-2511                   Kathryn Bi (SBN 308652)
                                           kathryn.bi@davispolk.com
25  *Counsel for Plaintiffs and Counterclaim*   450 Lexington Avenue
    *Defendants The Regents of the University of*   New York, NY 10017
26  *California*                           Tel: (212) 450-4000

27                                         *Counsel for Defendant and Counterclaim*
                                           *Plaintiff LTI Flexible Products, Inc.*
28                                         *d/b/a Boyd Corporation*

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER
CASE NO. 3:20-CV-08686-WHO

1  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
2

3  */s/ Drew Bruff*
   Michael P. McCloskey, Esq. (SBN 106051)
4  Sarena Kustic, Esq. (SBN 292715)
   Drew Bruff, Esq. (SBN 330330)
5  WILSON, ESLER, MOSKOWITZ,
   EDELMAN & DICKER LLP
6  401 West A Street, Suite 1900
   San Diego, CA 92101
7  Telephone: (619) 321-6200
   Facsimile: (619) 321-6201
8  email: michael.mccloskey@wilsonelser.com
           sarena.kustic@wilsonelser.com
9          drew.bruff@wilsonelser.com
10 *Attorneys for* PAYAM BOZORGI

11

12

13

14                    ATTESTATION OF SIGNATURES

15        I, Andrei Gribakov Jaffe hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the

16 United States District Court for the Northern District of California, that concurrence in the filing

17 of this document has been obtained from each signatory hereto.

18  Dated: July 25, 2023                        */s/ Andrei Gribakov Jaffe*
19                                                Andrei Gribakov Jaffe

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. 3:20-CV-08686-WHO

**[~~PROPOSED~~] ORDER**

This matter is before the Court on Joint Stipulation of Dismissal.  The Court, having considered the matter and being so advised, GRANTS this motion.  The claims and counterclaims asserted by the parties are hereby dismissed with prejudice. This Court retains jurisdiction with respect to the enforcement of the terms of the parties' settlement agreements and all orders and judgments entered in connection with them.

IT IS SO ORDERED.

Dated:   July 26, 2023

Honorable William H. Orrick
United States District Judge

---

3

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER
CASE NO. 3:20-CV-08686-WHO